UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Intellitech Corporation

                         v.

                                          Case No. 16-cv-009-SM

The Institute of Electrical
and Electronics Engineers, et. al.

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Daniel J. Lynch dated May 19, 2016.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's Motion for Entry of Default (doc. no. 12) and Motion to Strike (doc no. 14) are hereby denied.  Plaintiff's alternative motion to treat the motion to strike as an objection

to the defendants' response to the motion to strike (doc. no. 14) is hereby granted, and document 14-3 shall be docketed as a separate entry in the case docket.  Defendants to answer or otherwise plead within 14 days from the date of this order.

    SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: June 19, 2016

cc:   Todd A. Sullivan, Esq.
       Jeffrey C. Spear, Esq.